UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

UNITED STATES OF AMERICA ) Case No. 1:07-cr-22
)
v. )
) COLLIER / LEE
ALEX VICTOR FREEMAN, JR. )

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on October 23, 2009, in accordance with Rule 32.1 of the Federal Rules of Criminal Procedure on the Petition for a Warrant or Summons for an Offender Under Supervision of Supervising U.S. Probation Officer Janet F. Landers. Those present for the hearing included:

(1) AUSA Jay Woods for the USA.
(2) The supervised releasee, ALEX VICTOR FREEMAN, JR.
(3) Attorney Mary Ellen Coleman with Federal Defender Services of Eastern Tennessee for defendant ALEX VICTOR FREEMAN, JR.
(4) Deputy Clerk Russell Eslinger.

After being sworn in due form of law, the supervised releasee was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined the defendant wished to be represented by an attorney and he qualified for the appointment of an attorney to represent him at government expense. Federal Defender Services was appointed to represent the defendant. It was determined that defendant had been provided with and reviewed with counsel a copy of the Petition for a Warrant or Summons for an Offender Under Supervision.

AUSA Woods moved the defendant be detained without bail pending his revocation hearing before U.S. District Judge Curtis L. Collier. Defendant requested a preliminary examination and detention hearing, which were held.

### Preliminary Examination and Detention Hearing Proof

AUSA Woods called U.S. Probation Officer Anthony Green to testify to the factual allegations set forth in the petition. Attorney Coleman cross-examined Officer Green as to the facts in the Petition. Both parties made proffers concerning the defendant's conduct and circumstances and presented their respective arguments concerning the issues of detention or release, which were

fully considered by the Court.

## Findings

(1) Based upon Officer Green's testimony, which was consistent with the facts in the petition, the undersigned finds there is probable cause to believe the defendant has committed violations of his condition of supervised release as alleged in the petition.

(2) The defendant has not carried his burden of demonstrating that, if released, he would not pose a danger to another person or to the community under Fed. R. Crim. P. 32.1(a)(6).

## Conclusions

It is ORDERED:

(1) The supervised releasee shall appear for a revocation hearing before U.S. District Judge Collier.

(2) The motion of AUSA Woods that defendant be DETAINED WITHOUT BAIL pending his revocation hearing before Judge Collier is GRANTED.

(3) The U.S. Marshal shall transport defendant to a revocation hearing before Judge Collier on **Thursday, November 19, 2009 at 2:00 p.m.**

ENTER.

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE